==Motion GRANTED.==

*[Signature: Aleta A. Trauger]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-cr-00001-4 |
| | ) | Hon. Aleta A. Trauger |
| | ) | |
| **RAY ANTHONY USSERY** | ) | |

### DEFENDANT'S MOTION TO PERMIT REVIEW
### OF DISCOVERY MATERIALS IN ELECTRONIC FORMAT

Comes now Ray Ussery, by and through undersigned counsel, and requests an order of this Court authorizing his review of all the discovery provided by the government in electronic format, while he is detained at the Warren County Regional Jail in Bowling Green, Kentucky. In support of his request, the defendant says:

1. I told my attorney that I want again to review all of the discovery that the government has provided to him.

2. Personnel at the Warren County Regional Jail advised my attorney that I could review my discovery on CD's, provided that the Court permitted me to do that.

3. My attorney has copied the electronic discovery materials on to CD's that contain only discovery materials provided by the government and nothing else.

4. WHEREFORE I request an order from this Court permitting my attorney to mail the discovery on CD's to Warren County Regional Jail officials for my